# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY, | CASE NO. 1:10-cv–02134-LJO-BAM PC |
| Plaintiff, | ORDER DIRECTING THE CLERK OF THE COURT TO SERVE FINDINGS AND RECOMMENDATIONS |
| v. | |
| M. P. HERNANDEZ, et al., | (ECF Nos. 26, 29) |
| Defendants. | OBJECTIONS DUE WITHIN THIRTY DAYS |

On February 10, 2012, findings and recommendations were filed recommending dismissing certain claims and defendants, and granting Plaintiff thirty days in which to file objections. (ECF No. 26.) No objection was filed and on March 27, 2012, the order adopting the findings and recommendations was filed. (ECF No. 27.) On April 4, 2012, Plaintiff filed a notice that he received the order adopting the findings and recommendations, but did not receive the findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall serve a copy of the findings and recommendations, filed February 10, 2012, on Plaintiff; and

2. Plaintiff is granted thirty days from the date of service of this order to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   April 6, 2012                    /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

1