# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE L. HANEY, <br>     Plaintiff, <br>   v. <br> M. P. HERNANDEZ, et al., <br>     Defendants. | CASE NO. 1:10-cv–02134-LJO-BAM PC <br><br> ORDER STRIKING EXHIBITS FROM SERVICE DOCUMENTS <br><br> (ECF No. 33) |

Plaintiff Monte L. Haney is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 9, 2012, an order issued directing Plaintiff to submit service documents within thirty days. (ECF No. 31.) Plaintiff submitted service documents on May 1, 2012. (ECF No. 33.) Upon review of the documents Plaintiff submitted to be served upon the defendants, Plaintiff has included additional exhibits to his first amended complaint that were not filed with the court. The additional exhibits which were not previously filed with the first amended complaint are HEREBY STRICKEN from the first amended complaint, are ORDERED removed from the service documents, and are ORDERED not to be served.

IT IS SO ORDERED.

Dated:   May 2, 2012                    /s/ Barbara A. McAuliffe
                                                                                UNITED STATES MAGISTRATE JUDGE