1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  MONTE L. HANEY                                 CASE NO. 1:10-cv–02134-LJO-BAM PC

10                     Plaintiff,                 ORDER STRIKING EXHIBITS FROM
                                                  SERVICE DOCUMENTS
11           v.
                                                  (ECF No. 33)
12  M. P. HERNANDEZ, et al.,

13                     Defendants.
                                          /
14

15        Plaintiff Monte L. Haney is a state prisoner proceeding pro se and in forma pauperis in this

16  civil rights action pursuant to 42 U.S.C. § 1983.  On April 9, 2012, an order issued directing Plaintiff

17  to submit service documents within thirty days.  (ECF No. 31.)   Plaintiff submitted service

18  documents on May 1, 2012.  (ECF No. 33.)  Upon review of the documents Plaintiff submitted to

19  be served upon the defendants, Plaintiff has included additional exhibits to his first amended

20  complaint that were not filed with the court.  The additional exhibits which were not previously filed

21  with the first amended complaint are HEREBY STRICKEN from the first amended complaint, are

22  ORDERED removed from the service documents, and are ORDERED not to be served.

23        IT IS SO ORDERED.

24   **Dated:    May 2, 2012**              /s/ **Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE
25

26

27

28

1