1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9  MONTE L. HANEY                                CASE NO. 1:10-cv–02134-LJO-BAM PC

10                     Plaintiff,                ORDER DENYING PLAINTIFF'S MOTION FOR
                                                 COURT ORDER
11         v.
                                                 (ECF No. 49)
12  M. P. HERNANDEZ, et al.,

13                     Defendants.
                                              /
14

15        Plaintiff Monte L. Haney is a state prisoner proceeding pro se and in forma pauperis in this

16  civil rights action pursuant to 42 U.S.C. § 1983.  On November 6, 2012, an order adopting the

17  findings and recommendations issued and this action was dismissed and judgment.  (ECF No. 47,

18  48.)  On November 8, 2012, Plaintiff filed a motion for a court order.  (ECF No. 49.)

19        Federal courts are courts of limited jurisdiction and in considering a request for injunctive

20  relief, the Court is bound by the requirement that as a preliminary matter, it have before it an actual

21  case or controversy.  City of Los Angeles v. Lyons, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983);

22  Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc., 454 U.S. 464,

23  471, 102 S.Ct. 752, 757-58 (1982).  If the Court does not have an actual case or controversy before

24  it, it has no power to hear the matter in question.  Id.  "[The] triad of injury in fact, causation, and

25  redressability constitutes the core of Article III's case-or-controversy requirement, and the party

26  invoking federal jurisdiction bears the burden of establishing its existence."  Steel Co. v. Citizens

27  for a Better Env't, 523 U.S. 83, 103-04, 118 S.Ct. 1003 (1998).

28        Since this action has been dismissed there is no case or controversy before the Court upon

1

1  which relief can be granted.  Accordingly Plaintiff's motion for a temporary restraining order, filed

2  November 8, 2012, is HEREBY DENIED.

3

4  IT IS SO ORDERED.

5  **Dated:    November 14, 2012**                      /s/ **Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28